# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–4 | User: jl | Date Created: 11/4/2011 |
| Case: 08–41432–lkg | Form ID: 233 | Total: 47 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | USTPRegion10.es.ecf@usdoj.gov |
| tr | Bob G Kearney | ecfmail@bobkearney13.com |
| aty | Hilary B Bonial | hbb@bvwlaw.com |
| aty | S Blair Korschun | ecfnotices@ascensioncapitalgroup.com |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Larry Francis Uselton | 245 W Meadowbrook Drive    Shawneetown, IL 62984 |
| jtdb | Vickie Jean Uselton | 245 W Meadowbrook Drive    Shawneetown, IL 62984 |
| cr | Capital One Auto Finance | P. O. Box 829009    Dallas, TX 75382 |
| cr | Capital One Auto Finance Department | C/O Ascension Capital Group    P.O. Box 201347    Arlington, Tx 76006 |
| cr | Recovery Management Systems Corp | Attn: Ramesh Singh    25 SE 2nd Ave, Suite 1120    Miami, FL 33131–1605 |
| cr | PRA Receivables Management LLC | POB 41067    Norfolk, VA 23541 |
| cr | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999    ST CLOUD, MN 56302–9617 |
| 2507584 | Applied Bank | PO Box 17120    Wilmington, DE 19886–7120 |
| 2507585 | Bittle, Todd Attorney at Law | 317 E Poplar St.    Harrisburg, IL 62946 |
| 2507586 | Capital One | Box 5294    Carol Stream, IL 60197 |
| 2513600 | Capital One Auto Finance | Hilary B Bonial    9441 LBJ Freeway, Suite 350    Dallas, TX 75243 |
| 2511648 | Capital One Auto Finance | P.O. Box 829009    Dallas, Texas 75382–9009 |
| 2507587 | Capital One Auto Finance | PO Box 93016    Long Beach, CA 90819–3016 |
| 2515579 | Capital One Auto Finance | c/o Ascension Capital Group    POB 201347    Arlington, TX 76006 |
| 2512741 | Capital One Auto Finance Department | c/o Ascension Capital Group    POB 201347    Arlington, TX 76006 |
| 2507588 | Credit One Bank | PO BOX 60500    City of Industry, CA 91716 |
| 2507589 | Direct TV | PO Box 9001069    Louisville, KY 40290–1069 |
| 2507590 | FingerHut | PO Box 166    Newark, NJ 07101–0166 |
| 2539377 | Fingerhut Direct Marketing Inc | CIT Bank    6250 Ridgewood Rd    St. Cloud, MN 56303 |
| 2507591 | First Equity | PO Box 23029    Columbus, GA 31902–1051 |
| 2519261 | First Equity Card | c/o Creditors Bankruptcy Service    P O Box 740933    Dallas,Tx 75374 |
| 2507592 | First Premier Bank | Card Services    PO Box 5524    Sioux Falls, SD 57117–5524 |
| 2515842 | GE Money Bank | c/o Recovery Management Systems Corp    25 SE 2nd Ave, Ste 1120    Miami, FL 33131–1605 |
| 2507593 | Ginnys | 1112 7th Avenue    Monroe, WI 53566–2877 |
| 2555521 | Ginnys | c/o Creditors Bankruptcy Service    PO Box 740933    Dallas, TX 75374 |
| 2507594 | HSBC | PO Box 17051    Baltimore, MD 21297–1051 |
| 2533312 | Illinois Student Assistance Commission | 1755 Lake Cook Road    Deerfield, IL 60015 |
| 2960611 | JEFFERSON CAPITAL SYSTEMS LLC | PO BOX 7999    ST CLOUD MN 56302 |
| 2561685 | LVNV Funding LLC its successors and assigns as | assignee of MHC Receivables, LLC    Resurgent Capital Services    PO Box 10587    Greenville, SC 29603–0587 |
| 2507595 | Mason Shoe Company | 1251 1st Avenue    Chippewa Falls, WI 54774–0001 |
| 2507596 | Merrick Bank | PO Box 5721    Hicksville, NY 11802–5721 |
| 2536287 | Merrick Bank | c/o Resurgent Capital Services    PO Box 10368    Greenville, SC 29603–0368 |
| 2507597 | Nelnet | PO Box 2827    Omaha, NE 68103–2877 |
| 2896270 | Portfolio Recovery Associates, LLC | P.O. Box 41067    Norfolk, VA 23541–1067 |
| 2525453 | Premier Bankcard/Charter | P.O. Box 2208    Vacaville, CA. 95696 |
| 2515547 | Recovery Management Systems Corporation | 25 S.E. 2nd Avenue, Suite 1120    Miami, FL 33131–1605 |
| 2534311 | Roundup Funding, LLC | MS 550    PO Box 91121    Seattle, WA 98111–9221 |
| 2507598 | Seventh Avenue | 1112 7th Avenue    Monroe, WI 53566–1364 |
| 2568293 | Seventh Avenue | c/o Creditors Bankruptcy Service    P O Box 740933    Dallas,Tx 75374 |
| 2507599 | WalMart | PO Box 530927    Atlanta, GA 30353–0927 |
| 2507600 | Wells Fargo Auto Finance | PO Box 29704    Phoenix, AZ 85038–9704 |
| 2545950 | eCAST Settlement Corporation assignee of | Capital One Bank    POB 35480    Newark NJ 07193–5480 |
| 2560750 | eCAST Settlement Corporation assignee of | HSBC Bank Nevada and its Assigns    POB 35480    Newark NJ 07193–5480 |

TOTAL: 43